**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

**LENORE F. MILLER, ET AL.,**

    **PLAINTIFFS,**

**VS.**                                             **CIVIL ACTION NO. 1:20-CV-111**

**ALECTO HEALTHCARE SERVICES**
**FAIRMONT LLC,**
**FAIRMONT REGIONAL MEDICAL CENTER a/k/a**
**FAIRMONT GENERAL HOSPITAL,**

    **DEFENDANTS.**

### ORDER TO RELEASE MONIES

On August 10, 2022, judgment was rendered in the United State District Court for the Northern District of West Virginia in favor of the Plaintiffs, Lenore F. Miller, et al., against the Defendants, Alecto Healthcare Services, et al., in the amount of $1,339,867.14, plus 1.5% statutory interest and court costs.

On February 8, 2023, a Writ of Execution was filed with the Court and on February 9, 2023, service was returned by the United States Marshal for the Northern District of West Virginia as no personal property found.

On February 27, 2023, a Suggestion of Personal Property was filed by the Plaintiffs against Huntington Bank, Attention: Legal Department, 41 South High Street, Columbus, Ohio 53287.

On February 27, 2023, Huntington Bank accepted service of the Suggestion by United States Certified Mail.

1

On March 2, 2023, Huntington Bank answered the Suggestion of Personal Property and indicated there was a business checking account with a balance of $26,904.70 being held by them in the name of Alecto Healthcare Services Fairmont LLC, d/b/a Fairmont Regional Medical , a/k/a Fairmont General Hospital, Defendants. Based upon the above, the Court does hereby **ORDER** that Huntington Bank, as Suggestee, shall pay to counsel for the Plaintiffs the sum of $26,904.70. The check should be made payable to "Ciccarello, Del Giudice & LaFon, as counsel for the Linda F. Miller, et al., and mailed to 1219 Virginia Street, East, Suite 100, Charleston, West Virginia 25301. It is further **ORDERED** that any bank fees associated herewith shall be assessed against the Defendants.

The Clerk of the United States District Court for the Northern District of West Virginia is hereby directed to send certified copies of this Order to Michael J. Del Giudice, Esq., 1219 Virginia Street, East, Suite 100, Charleston, West Virginia 25301; Huntington Bank, Legal Department, 41 South High Street, Columbus, Ohio 53287; and Daniel Treiman, Esq., 1500 Broadway Stret, New York, New York, 10036.

Entered this <u>15th</u> day of <u>August</u>, 2023.

_Tom S Kluv_
JUDGE

**Prepared by:**

**CICARELLO, DEL GIUDICE & LAFON**

By: <u>/s/Michael J. Del Giudice</u>
    Michael J. Del Giudice (WV#982)
    1219 Virginia Street, East, Suite 100
    Charleston, West Virginia 25301
    Phone: (304) 343-4440
    Attorney for Plaintiffs